**13** FOOD PAGEANT, INC. v CONSOLIDATED EDISON CO., INC. — Motion, insofar as it seeks reargument, denied, and insofar as it seeks leave to appeal to the Court of Appeals granted and this court, pursuant to CPLR 5713, states that questions of law have arisen which ought to be reviewed by the Court of Appeals. Concur — Murphy, P.J., Fein, Ross, Bloom and Carro, JJ.

